# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. EDCV 12-00640-CJC(FFMx)                                    Date: May 11, 2012

Title: OPHELIA GEORGIEV ROOP v. CITIMORTGAGE, INC., ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM**

      Plaintiff filed this action against Defendants asserting seventeen causes of action relating to the non-judicial foreclosure process initiated on her property. Based upon a review of the complaint, it appears that Plaintiff's claims are not cognizable causes of action, inadequately pled, and/or based on theories of liability that are not viable. Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to allege any cognizable claim. Plaintiff shall file an opposition to the Court's order to show cause by May 21, 2012. Defendants shall then have until May 28, 2012 to file a response. This matter will be decided on the papers without any hearing.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk MU